IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED
00 NOV -2 PM 4:17
U.S. ... COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JAMES CLAYTON NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: CV-00-AR-0760-J |
| | ) | |
| JAMES TURNER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR LEAVE TO TAKE DEPOSITION
### OF PERSON CONFINED IN PRISON

COME NOW Defendants James Turner, Butch Hudson, and Todd Strickland pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, for leave of court to take the deposition of James Clayton Nelson, AIS No. 148536, who is presently confined in the William E. Donaldson Correctional Facility, Bessemer, Alabama, beginning at 2:00 p.m. on Monday, November 13, 2000 or at some other time agreed upon with the Alabama Department of Corrections (DOC). As grounds therefor, Defendants set down and assign the following:

1. Defendants have noticed the deposition of James Clayton Nelson for 2:00 p.m. on Monday, November 13, 2000 at the William E. Donaldson Correctional Facility. The date and time has been approved by the DOC contingent on the inmate's continued incarceration at this facility. A copy of the Notice of Deposition issued by the Defendants is attached hereto as Exhibit A.

2. James Clayton Nelson is presently incarcerated in the William E. Donaldson Correctional Facility and is under the control of the Alabama Department of Corrections.

3. James Clayton Nelson is a Plaintiff in this action.



    4.    The undersigned discussed with Andy Redd, Esquire, an attorney for the Alabama Department of Corrections, the request to take the deposition of Inmate Nelson. Mr. Redd informed the undersigned that there should not be a problem with the deposition, but did request an order from the Court.

    5.    Discovery deadline for the taking of Inmate Nelson's deposition is December 1, 2000.

WHEREFORE, PREMISES CONSIDERED, Defendants move for leave of court to take the deposition of James Clayton Nelson, AIS No. 148536, at his place of confinement at the William E. Donaldson Correctional Facility, Bessemer, Alabama, beginning at 2:00 p.m. on Monday, November 13, 2000 or at some other time agreed upon with the DOC.

Respectfully submitted on this the 2nd day of November, 2000.

 

_____
DARYL L. MASTERS   (MAS018)
JAMES ERIC ANDERSON   (AND066)

ATTORNEYS FOR DEFENDANTS JAMES TURNER, BUTCH HUDSON, AND TODD STRICKLAND

**OF COUNSEL:**

WEBB & ELEY, P.C.
166 Commerce Street, Suite 300
Post Office Box 238
Montgomery, Alabama 36101-0238
(334) 262-1850 Telephone
(334) 262-1772 Fax

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing Motion for Leave to Take Deposition of Person Confined in Prison upon:

> Wendy Brooks Crew, Esq.
> Park Place Tower, Suite 550
> 2001 Park Place North
> Birmingham, Alabama  35203
>
> Robert Wayne Ray
> 25808 Hwy. 25
> Wilsonville, Alabama  35186

by placing a copy of the same in the United States mail, postage prepaid, this 2nd day of November, 2000.

_____
OF COUNSEL

3