IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| JAMES CLAYTON NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. CV-00-AR-0760-J |
| ) | |
| JAMES TURNER, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO STRIKE PARTICULAR EXHIBITS ATTACHED TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW James Turner, Butch Hudson, and Todd Strickland, Defendants in the above-styled cause[1], and move to strike particular exhibits attached to Plaintiff's "Response to Defendants' Motion for Summary Judgment." Specifically, Defendants move that Exhibits C ("Affidavit" of Kenneth Ray Fluker), E ("Affidavit" of Gary Meadows), F ("Affidavit" of Robert Wayne Ray), G (Statement of Robert Wayne Ray), and H (Interview of Gary Meadows) be stricken in their entirety because they are unsworn and do not meet the requirements of Rules 56(d) and 56(e).

Alternatively, even if these exhibits qualified as "affidavits," they should be stricken based on Rule 56(g) as affidavits made in bad faith. All substantive testimony contained in these statements/interviews was retracted in deposition once the witness was actually placed under oath and subjected to cross-examination.

---

[1] The use of the term "Defendants" in this motion will be limited to Turner, Hudson and Strickland, although Robert Wayne Ray remains a defendant as well.



Additionally, portions of Exhibits C, F, G, and I (Excerpts from the Deposition of James Monroe) which relate to an out-of-court statement wherein Co-Defendant Robert Wayne Ray allegedly admitted to pouring acid on Nelson at the request of Sheriff Turner should be stricken based on Rule 801(c) of Federal Rules of Evidence, which prohibits hearsay. These statements do not fall within the exception contained in 801(d)(2)(E).

Case authority and argument in support of motion is contained within Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment.

WHEREFORE, PREMISES CONSIDERED, Defendants James Turner, Butch Hudson, and Todd Strickland respectfully request that the particular exhibits described above be stricken and not be considered with respect to Defendants' Motion for Summary Judgment.

Respectfully submitted this 4th day of April, 2001.

                                              DARYL L. MASTERS          (MAS018)
                                              KELLY GALLOPS DAVIDSON  (DAV110)

ATTORNEYS FOR DEFENDANTS JAMES TURNER, BUTCH HUDSON, AND TODD STRICKLAND

**OF COUNSEL:**

WEBB & ELEY, P.C.
Post Office Box 238
166 Commerce Street, Suite 300
Montgomery, Alabama 36101-0238
(334) 262-1850 Telephone
(334) 262-1772 Fax

**CERTIFICATE OF SERVICE**

I certify that I have served a true and correct copy of the foregoing Motion to Strike upon

    Wendy Brooks Crew, Esq.
    Sybil Corley Howell, Esq.
    Park Place Tower, Suite 550
    2001 Park Place North
    Birmingham, Alabama  35203

    Robert Wayne Ray
    25808 Hwy. 25
    Wilsonville, Alabama  35186

by placing the same in the United States Mail, postage prepaid, this 4th day of April, 2001.

                                /s/
                              OF COUNSEL