IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED
03 SEP 10 PM 1:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JAMES C. NELSON,<br>AIS # 148536<br><br>Plaintiff,<br><br>v.<br><br>JAMES TURNER, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CV 00-AR- 0760-J<br>)<br>)<br>)<br>) |

ENTERED
SEP 10 2003

## ORDER TO WARDEN OR CHIEF JAILER

On May 18, 2001, the court entered an order in the above-styled case granting the plaintiff's application to proceed *in forma pauperis* on appeal. The Clerk has notified the Court that the entire filing fee in this case has now been paid. The warden or chief jailer of the prison or jail in which plaintiff is incarcerated is therefore DIRECTED to stop withholding money from James Clayton Nelson's prisoner account for payment of the filing fee in this case. The warden or chief jailer is ADVISED that this Order applies only to withholding to pay the filing fee in the above-styled case and does **not** apply to withholding ordered to pay the filing fee in any other case(s) James Clayton Nelson may have pending in this Court. Any withholding ordered to pay the filing fee in any other case(s) filed by must continue until the warden or chief jailer receives an order stating that the filing fee in that case has been paid. The warden or chief jailer is FURTHER ADVISED that this Order **applies only to James Clayton Nelson's prisoner account and does not affect the withholding order regarding any other prisoner(s)**.



To the extent any money in excess of the filing fee of $105.00 has been received by the court to pay the filing fee in the above styled case, the Clerk is directed to reimburse plaintiff the amount that exceeds $105.00.

The Clerk is DIRECTED to serve a copy of this order on plaintiff, on the warden or chief jailer where the plaintiff is incarcerated, and on the Departmental Fiscal Manager for the Alabama Department of Corrections.

DONE this the 10th day of September, 2003.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE